UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY WILLIAM HALLFORD, | No. 10-17547 |
| Plaintiff - Appellant, | D.C. No. 3:10-cv-04488-WHA |
| v. | Northern District of California, San Francisco |
| HILLARY RODHAM CLINTON, | |
| Defendant - Appellee. | ORDER |

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

The memorandum disposition filed concurrently with this order replaces the memorandum disposition filed on May 17, 2011.

With this change, the panel has voted unanimously to deny the petition for rehearing. The petition for rehearing is denied.

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY WILLIAM HALLFORD,<br><br>           Plaintiff - Appellant,<br><br>v.<br><br>HILLARY RODHAM CLINTON,<br><br>           Defendant - Appellee. | No. 10-17547<br><br>D.C. No. 3:10-cv-04488-WHA<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
William H. Alsup, District Judge, Presiding

Submitted March 8, 2011[**]

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

California state prisoner Gary William Hallford appeals pro se from the

district court's dismissal for failure to state a claim of his action seeking a Writ of

Prohibition against the Secretary of State to prevent her from enforcing an age

requirement in hiring employees for the United Nations. We have jurisdiction

---

    [*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291.  We review de novo the district court's decision to dismiss a complaint under 28 U.S.C. § 1915A*, Ramirez v. Galaza*, 334 F.3d 850, 853 (9th Cir. 2003).  We affirm for the reasons stated by the district court in its order dismissing the case, filed on November 1, 2010.

**AFFIRMED.**